# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
CASE NO.

## AFFIDAVIT OF SPECIAL PROCESS SERVER

**Brae Grobarek**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.

That he served the within:

        ( **X** ) Summons & Complaint
        (   ) Citation to Discover Assets
        (   ) Rule to Show Cause
        (   ) Subpoena
        (   ) Other:

1. (  ) By leaving a copy with the named party, ------- personally on -------.

2. (  ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( **X** ) On the within party, **Reed Elsevier, Inc. c/o LexisNexis**, by leaving a copy with **Gina Lendi, Corporate Operation Specialist and Authorized Person** on **July 18, 2013**, and informed that person of the contents thereof.

4. ( **X** ) That the sex, race, and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**      RACE: **Caucasian**      APPROXIMATE AGE: **28**

5. ( **X** ) That the place where and the time of day when the documents were served were as follows:

PLACE: **C.T. Corporation System, 208 S. LaSalle, Ste. 814, Chicago, IL 60601**
TIME OF DAY: **3:21 PM**

6. (  ) That he was unable to serve within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **22nd** day of **July 2013**

OFFICIAL SEAL
FELICIA WAGGONER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/15/16

Brae Grobarek
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO.
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Brae Grobarek**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.

That he served the within:

( ) Summons & Complaint
( ) Citation to Discover Assets
( ) Rule to Show Cause
( ) Subpoena
( ) Other:

1. ( ) By leaving a copy with the named party, ------- personally on -------.

---

2. ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

---

3. ( ) On the within party, -------, by leaving a copy with -------, ------- on -------, and informed that person of the contents thereof.

---

4. ( ) That the sex, race, and approximate age of the person with whom he left the documents were as follows:

SEX: -------       RACE: -------       APPROXIMATE AGE: -------

---

5. ( ) That the place where and the time of day when the documents were served were as follows:
PLACE: -------
TIME OF DAY: -------

---

6. ( X ) That he was unable to serve within named party **Reed Elsevier, Inc. c/o LexisNexis** located at **70 West Madison Street, Chicago, IL 60602** for the reason: **Attempted service on 7/17/13 @ 3:41pm and per support generalist, Denise Oreswell (Female, African American, 45) this is the company sales office and service of legal documents cannot be accepted. Therefore, I was unable to locate the subject and effect service.**

Signed and Sworn to before me
This **22nd** day of **July 2013**

OFFICIAL SEAL
FELICIA WAGGONER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES

Brae Grobarek
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASCADES PUBLISHING INNOVATION, LLC.,

V.

REED ELSEVIER, INC.

CASE NUMBER: 1:13-cv-5044

ASSIGNED JUDGE: Sharon Johnson Coleman

DESIGNATED MAGISTRATE JUDGE: Young B. Kim

TO: (Name and address of Defendant)

Reed Elsevier, Inc.
c/o LexisNexis
70 West Madison Street
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph N. Hosteny
Niro, Haller & Niro
181 West Madison Street, Ste. 4600
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK

July 16, 2013

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                *Date*              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.